EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Enmienda a la Regla 21 de las Reglas para la Administración del Tribunal de Primera Instancia | 2009 TSPR 128<br><br>176 DPR _____ |

Número del Caso: ER-2009-02

Fecha: 10 de agosto de 2009

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

**EN EL TRIBUNAL SUPREMO DE PUERTO RICO**

Enmienda a la Regla 21 de las Reglas Para la Administración del Tribunal de Primera Instancia.

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 10 de agosto de 2009.

Previa recomendación de la Directora Administrativa de los Tribunales, se enmienda la Regla 21 de las Reglas para la Administración del Tribunal de Primera Instancia, según enmendadas, para conformarla con la legislación vigente que persigue dar protección y confidencialidad al uso del número de seguro social. Por lo tanto, se eliminará el Inciso B de la misma y en adelante dicha Regla dispondrá lo siguiente:

"Regla 21 – Firma de las Alegaciones, Mociones y otros Escritos

Todas las alegaciones, mociones, y escritos de otra clase, de partes con representación legal serán firmados por lo menos por un abogado o una abogada de autos en su propio nombre, expresando su dirección física y postal, teléfono, número de facsímil, dirección electrónica (e-mail) y número de colegiado o colegiada. En el primer escrito que presente el abogado o la abogada, deberá notificar la dirección física y postal y el teléfono de la parte que representa. Cualquier cambio posterior con relación a estos datos deberá notificarlo con diligencia al tribunal. Las partes no representadas por abogado o abogada firmarán sus alegaciones, mociones y escritos de otra clase, con expresión de su dirección y teléfono. Los aranceles requeridos por ley serán cancelados."

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo